1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Brigid.Martin@usdoj.gov

8  Attorneys for the United States of America

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,            )  NO.  CR 16-00516 HSG
                                        )
15     Plaintiff,                       )  [PROPOSED] ORDER EXCLUDING TIME
                                        )  UNDER THE SPEEDY TRIAL ACT
16     v.                               )
                                        )
17 ANDRE MARTEL WINN, and               )
   EDGAR DE LA CRUZ,                    )
18     a/k/a Edgar Della Cruz Martinez, )
       a/k/a "BG,"                      )
19     a/k/a "BG&e,"                    )_
                                        )
20     Defendants.                      )
                                        )
21                                      )

22  _____

23      Based on the assertions and agreement of the parties at the February 27, 2017 hearing, as

24 set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time between

25 February 27, 2017, and March 27, 2017, would unreasonably deny defense counsel the

26 reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served

28 by excluding the time between February 27, 2017, and March 27, 2017, from computation under

Stip. Req. and [Proposed] Order
CR 16-00516 HSG

the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between February 27, 2017, and March 27, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: __3/3/2017__

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE